No. 26822.

Court of Criminal Appeals of Texas.

Feb. 10, 1954.

**DE FORD v. STATE.**

No. 26731.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is felony theft; the punishment, two years.

No statement of facts accompanies the record. The one bill of exceptions is qualified by the court and, as qualified, presents no error.

The judgment of the trial court is affirmed.